IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| LEE ANDREW PEINDL | ) | Bankruptcy Case no. 18-30820 |
| SS #:  XXX-XX-8024 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SAMANTHA ANN PEINDL | ) | |
| SS #:  XXX-XX-3979 | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

**MOTION TO DISMISS**

THE DEBTORS hereby join the motion to dismiss pursuant to Sec. 707(b) as follows:

1. On August 8, 2018, the Bankruptcy Administrator for the Western District of North Carolina filed a motion to dismiss pursuant to 11 U.S.C. Secs. 707(b)(2) and 707(b)(3).

2. The relief sought is limited to dismissal of the pending Chapter 7 case.

3. The Debtors hereby join in the relief requested by the Bankruptcy Administrator.

WHEREFORE, the Debtors pray that this case be dismissed.

DATED this the 31st day of August, 2018.

s/ Richard M. Mitchell
Richard M. Mitchell, NC Bar No. 3034
Counsel for Debtors
4600 Park Road, Suite 420
Charlotte, North Carolina 28209
Tel: (704) 333-0630
E-mail: rmitchell@rickmitchelllaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 31st day of August, 2018 I electronically filed the foregoing RESPONSE TO MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

Shelley K. Abel
U.S. Bankruptcy Administrator

R. Keith Johnson
Chapter 7 Trustee

      I further certify that the foregoing RESPONSE TO MOTION TO DISMISS was this day served on the following parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service:

Lee Andrew Peindl
8254 Legare Court
Charlotte, NC 28210

Samantha Ann Peindl
8254 Legare Court
Charlotte, NC 28210

/s/ Richard M. Mitchell
Richard M. Mitchell, NC Bar No. 3034
Counsel for Debtor
4600 Park Road, Suite 420
Charlotte, North Carolina 28209
Tel: (704) 333-0630
E-mail: rmitchell@rickmitchelllaw.com